UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO LIZ,<br><br>                        Plaintiff,<br><br>  -against-<br><br>ART OF THE GENTLEMAN, LLC,<br><br>                       Defendant. | 23-CV-10675 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As per my Order on February 2, 2024 (ECF 11), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by February 15, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until 9 AM on **February 20, 2024**.

DATED:  February 16, 2024
             New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge