UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────x
PEDRO LIZ, on behalf of herself and all
Others similarly situated,

        Civil Action No. 1:23-cv-10675

    Plaintiffs,

  -against-

ART OF THE GENTLEMAN, LLC,

        **NOTICE OF VOLUNTARY DISMISSAL**

    Defendant.
─────────────────────────────────x

Plaintiff Pedro Liz, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: June 24, 2024

By: _____

Gabriel A. Levy, Esq .
    *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com